IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DONALD ELLIS, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV231 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

Plaintiffs Donald Ellis, Horace Fogle, Phillip Thomas, John Staggs and Donald Crago filed the above-styled lawsuit on September 28, 2007, in the Eastern District of Texas, Lufkin Division. The matter was referred to the undersigned in accordance with 28 U.S.C. § 636.

On June 16, 2008, Defendant filed Motions to Transfer Venue, seeking a transfer of each Plaintiff's claims to a different district (see document #45, #46, #47 and #48). A response was filed by Plaintiffs Staggs, Crago and Thomas on June 30, 2008. Recently, the Fifth Circuit granted a petition for rehearing en banc regarding the decision of *In re Volkswagen*, 506 F.3d 376 (5th Cir. 2007), vacating its previous opinion and judgment and staying the mandate. *See In re Volkswagen*, No. 07-40058 (5th Cir. Feb. 14, 2008) (order granting petition). An oral argument was conducted in that case on May 22, 2008.

The undersigned finds that the *Volkswagen* decision is central to an analysis of a 28 U.S.C. § 1404(a) transfer in this Circuit. As a result, the case should be stayed pending the en banc decision

1

of the Fifth Circuit in *Volkswagen*.  In light of the foregoing, it is hereby

**ORDERED** that the above-styled case is **STAYED**, pending the en banc decision of the Fifth Circuit in the matter of *In Re Volkswagen*.

So **ORDERED** and **SIGNED** this **2**   day of  **July, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE